# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL ALLEN WALCOTT,<br><br>                Petitioner,<br><br>      v.<br><br>S. HATTON, Warden,<br><br>                Respondent. | Case No. CV 19-0698-SVW (JEM)<br><br>**J U D G M E N T** |

       In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

       IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.


DATED:   July 10, 2019  

                                      STEPHEN V. WILSON<br>
                           UNITED STATES DISTRICT JUDGE